UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 09-57 |
| JOHN E. DELCO aka "Tattoo" | SECTION "N" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Leave to Appeal *In Forma Pauperis* [Doc. #76] is DENIED and the Motion to Court for Case Documents to Help Pursue Appeal and Proper Judgment [Doc. #77] and the Motion to Receive Case Docket's Transcripts by Case Reporter [Doc. #79] are DISMISSED WITHOUT PREJUDICE AS MOOT.

New Orleans, Louisiana, this 9th day September, 2010.

UNITED STATES DISTRICT JUDGE