UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CIVIL ACTION

VERSUS                                       NO. 09-57

JOHN E. DELCO                                SECTION M (3)

## ORDER & REASONS

Before the Court is a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Amendment 782 filed by defendant John E. Delco ("Delco").[1] On June 3, 2009, Delco, without a plea agreement, pleaded guilty to the following counts of the indictment filed against him: Count 3, conspiracy to distribute less than 50 kilograms of marijuana; Counts 4, 5, and 7, distribution of less than one hundred grams of marijuana; Counts 8, 9, 12, and 14, convicted felon in possession of a firearm; and Counts 11 and 13, distribution of less than 100 grams of heroin.[2] On September 9, 2009, the Court sentenced Delco to imprisonment for 60 months as to Counts 3, 4, 5, and 7; 120 months as to Counts 8, 9, 12, and 14; and 210 months as to Count 11 and 13, to be served concurrently.[3]

Delco previously filed a motion to reduce his sentence pursuant to § 3582(c)(2) and Amendment 782.[4] The Court denied the motion explaining that Delco was ineligible for the requested sentencing reduction because his "[s]entencing guidelines were calculated utilizing USSG Sec. 2k2.1 (Firearms) and remain unchanged under Amendment 782."[5]

In his present motion for a sentencing reduction, Delco relies on *Hughes v. United States*, 138 S.Ct. 1765 (2018), in which the Supreme Court held that, even if a defendant has entered

---

[1] R. Doc. 195.
[2] R. Doc. 118 at 1-5.
[3] R. Doc. 57.
[4] R. Doc. 165.
[5] R. Doc. 173.

into a plea agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, he or she is not precluded from receiving the benefit of Amendment 782. The record reflects that Delco did not have any plea agreement with the Government. Therefore, his motion does not state a basis for relief, and the rationale for denying Delco's prior motion for a sentence reduction remains unchanged and requires denial of Delco's current motion.

Accordingly, for the foregoing reasons,

IT IS ORDERED that Delco's motion for reduction for sentence (R. Doc. 195) is DENIED.

New Orleans, Louisiana, this 4th day of June, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE